# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JACINTO L. BRACMORT,

    Petitioner,

v.                                                                                      Civil Action No. 2:14cv51
                                                                                      (Judge Groh)

RUSSELL A. PERDUE, Warden; MR.
WEAVER; DR. ANDERSON; MS.
LEHMANN; MS. BRANNAN; MR.
NOLTE; FCI GILMORE MEDICAL
STAFF; CHARLES E. SAMUELS, JR.,
Director, Federal Bureau of Prisons;
NEWTON E. KENDIG, Medical Director,
Federal Bureau of Prisons; CHRISTINA
GHERKE; and ANDREA POSSE,

    Respondent.

## SECOND ORDER DIRECTING CONFIDENTIAL MEDICAL RECORDS TO BE SEALED

On June 27, 2014, the *pro se* petitioner, an inmate presently incarcerated at FCI Fort Dix in Fort Dix, New Jersey, filed a petition for a Writ of Mandamus.

Pending before the undersigned is petitioner's second response to this Court's September 2, 2014 Order directing him to produce copies of his administrative remedies. (Dkt.# 35). Attached to his response are various medical records containing petitioner's confidential medical information. Because Dkt.# 35 contains petitioner's private medical information and personal identifiers relative to the petitioner, the record should be sealed.

    IT IS SO ORDERED.

The Clerk is ordered to file Dkt.# 35 under seal pursuant to the E-Government Act of 2002. The Clerk is also directed to transmit copies of this Order to the *pro se* petitioner at his last known address as reflected on the court docket sheet, by certified mail, return receipt requested.

    DATED: October 21, 2014

                                                              /s/ James E. Seibert_____

JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE